UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BARBARA A. GIBBS, MELVIN E. GIBBS,<br><br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, URBAN SETTLEMENT SERVICES d/b/a URBAN LENDING SOLUTIONS, JEFFREY NADEL, ESQ., ATLANTIC LAW GROUP, LLLC, MONTGOMERY VILLAGE FOUNDATION, INC., BRIAN E. FROSH, ATTORNEY GENERAL,<br><br>       Defendants. | NOTICE OF REMOVAL TO ALL ADVERSE PARTIES<br><br>Civil Action No. _____ |

**To:**   Melvin E. Gibbs & Barbara A. Gibbs
4257 Monterey Drive
Florence, South Carolina 29501
mgibbs70@aol.com

Barbara A. Gibbs
3108 Hidden Falls Drive
Buford, Georgia 30519

**PLEASE TAKE NOTICE**, that on August 12, 2016, Defendants Bank of America, N.A. and Nationstar Mortgage filed a Notice of Removal of this action to the United States District Court for the District of Maryland. A true and correct copy of the Notice of Removal is annexed hereto. This Notice is served upon you in compliance with 28 U.S.C. § 1446.

Dated: August 12, 2016

/s/ Keith Levenberg
Keith Levenberg
GOODWIN PROCTER LLP
901 New York Avenue N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444
klevenberg@goodwinlaw.com

*Attorneys for Bank of America, N.A. and Nationstar Mortgage*