# United States District Court
## For The District of Maryland

```
                                        FILED ____ ENTERED
                                        LODGED ____ RECEIVED

                                        SEP 26 2016
                                        AT GREENBELT
                                        CLERK U.S. DISTRICT COURT
                                        DISTRICT OF MARYLAND
                                        BY _____ DEPUTY
```

| | | |
|---|---|---|
| **BANK OF AMERICA, et al,** | ) | |
| | ) | |
| [and DOES, 4-25], | ) | CIVIL ACTION NO: |
| | ) | **16-cv-002855-GJH** |
| Plaintiffs-Defendants, | ) | |
| | ) | |
| | ) | Demand for Jury Trial |
| v. | ) | |
| | ) | |
| **M. EUGENE GIBBS-SQUIRES, ET AL.,** | ) | |
| | ) | |
| Defendants-Plaintiffs. | ) | |
| | ) | |

## LINE

Clerk:

Please docket Doe #4 now known as: Cynthia Graham Howe, 1301 2nd Ave, Conway, SC 29526 and Doe #5 now known as: Alan McCrory Wilson, SC Attorney General, 1000 Assembly St, Columbia, SC 29201. Additionally, issue summons for both Plaintiffs-Defendants; summonses are attached hereto, with a prepaid return envelope. AND, docket the return services the state court mailed back to Gibbs-Squires.

Respectfully submitted,

*/s/ M. Eugene Gibbs-Squires*

M. Eugene Gibbs-Squires, Pro-se
3108 Hidden Falls Drive
Buford, Georgia 30519
mgibbs70@aol.com
(843) 610-0674

September 21, 2016
Florence, SC

1