IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BARBARA A. GIBBS** *et al* | * | |
| Plaintiffs, | | |
| v. | * | CIVIL ACTION NO. GJH-16-2855 |
| **BANK OF AMERICA, N.A.** *et al.* | * | |
| Defendant. | | |
| | *** | |

## ORDER

On September 26, 2016, Plaintiffs, proceeding *pro se*, filed a Notice Regarding Names of Defendants Doe #4 and Doe #5 and Request for Issuances of Summons. (ECF # 37). As Plaintiffs have submitted the filing fee, the Plaintiffs bear responsibility for effecting service of process on the Defendants.

A plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on a defendant. Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiffs are reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendants. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if Plaintiffs have not affected service of process within 120 days of filing the Complaint, the Court may enter an order

---

[1] If Plaintiff does not use a private process server and instead uses United States Postal Service ("USPS") mail service as set out under Fed. R. Civ. P. 4(e), he must file with this court the USPS acknowledgment as proof of service. The aforementioned rules allow for service of summons and Complaint pursuant to the law of the state. Service of process on corporations may be made pursuant to Fed. R. Civ. P. 4(h). Plaintiff may contact the office of the State Department of Assessments and Taxation at http://www.dat.state.md.us/sdatweb/charter.html#other or (410) 767-1330 to confirm the name and service address for the resident agent of Defendant. It is believed that the resident agent for CitiMortgage is "The Corporation Trust Incorporated," 351 West Camden Street, Baltimore, Maryland 21201. Generally, service by mail must be by certified mail, restricted delivery.

asking him to show cause why the claim should not be dismissed as to Defendants Cynthia Graham Howe and Alan McCroy Wilson. If Plaintiffs fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the court, the case shall be dismissed as to Defendants Cynthia Graham Howe and Alan McCroy Wilson without prejudice.

Accordingly, it is this 13th day of October, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL MAIL this Order to Plaintiff;

2. The Clerk SHALL AMEND the docket to reflect the substitution of Doe 4 and Doe 5 as Cynthia Graham Howe and Alan McCroy Wilson respectively;

3. The Clerk SHALL TAKE ALL NECESSARY STEPS to prepare and issue summons to Plaintiff.

George J. Hazel
UNITED STATES DISTRICT JUDGE