# UNITED STATES DISTRICT COURT
for the
District of Maryland

BANK OF AMERICA, et al, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-002855-GJH
M. EUGENE GIBBS-SQUIRES, et al, )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Alan McCrory Wilson, SC Attoney General
    1000 Assembly Street
    Columbia, SC  29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    M. Eugene Gibbs-Squires, Pro-se
    3108 Hidden Falls Drive
    Buford, GA  30519

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/14/2016

Signature of *[signature]*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| BANK OF AMERICA, et al, <br><br> *Plaintiff(s)* <br> v. <br> M. EUGENE GIBBS-SQUIRES, et al, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-cv-002855-GJH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Cynthia Graham Howe
1301 2nd Ave.
Conway, SC 29526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
M. Eugene Gibbs-Squires, Pro-se
3108 Hidden Falls Drive
Buford, GA 30519

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/14/2016

Signature of