IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| M. EUGENE GIBBS, et al., | |
| Plaintiffs, | ON REMOVAL FROM THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND |
| v. | CASE NO. 405624-V |
| BANK OF AMERICA, N.A., et al., | CIVIL ACTION NO. 8:16-CV-02855-GJH |
| Defendants. | |

_____

**OPPOSITION OF THE ATTORNEY GENERAL FOR THE STATE OF SOUTH CAROLINA AND THE HONORABLE CYNTHIA HOWE TO PLAINTIFFS' MOTION FOR DEFAULT**

The Attorney General for the State of South Carolina and the Honorable Cynthia Howe ("Defendants") file this opposition to the Plaintiffs' Motion for Default.

1. The above Defendants received the Plaintiffs' Summons and Complaint on October 20, 2016. Defendants filed a Motion to Dismiss on November 9, 2016. The Defendants filed their Motion to Dismiss within the twenty-one day response time.

2. The Plaintiffs filed a motion asking for leave to amend their pleading on November 14, 2016. The District Court has not granted that motion. Thus, the Plaintiffs' complaint has not been amended, and an unfiled document does not require a response.

3. Because the Defendants filed a Motion to Dismiss within the designated response period, and because the Plaintiffs have not filed any additional documents that require a response from the Defendants, the Defendants are not in default and Plaintiffs' Motion for Default should be denied.

[The signature block is on the next page]

Respectfully submitted,

J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: esmith@scag.gov

Kevin Desmond Maroney
Kevin Desmond Maroney
Assistant Attorney General
Federal ID No. 12377
Email: kmaroney@scag.gov

Post Office Box 11549
Columbia, SC 29211
Phone: 803.734.3177
Fax:    803.734.3677

Filed by:

Lucy A. Cardwell (Md. Bar No. 07311)

/s/
Special Assistant Attorney General
Consumer Protection Division
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
410-576-6337 (telephone)
410-576-6566 (fax)

Local Counsel for Defendants Attorney General Alan Wilson and the Honorable Cynthia Howe

February 10, 2017