IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

**BARBARA A. GIBBS,** *et al.,*

    **Plaintiffs,**

v.

**BANK OF AMERICA, N.A.,** *et al.,*

    **Defendants.**

Case No.: GJH-16-2855

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Defendant Frosh's Motion to Dismiss, ECF No. 10, is **GRANTED**;

2. Defendants Bank of America and Nationstar's Motion to Dismiss, ECF No. 13, is **GRANTED**;

3. Defendant Nadel's Motion to Dismiss, ECF No. 17, is **GRANTED**;

4. Montgomery Village Foundation's Motion to Dismiss, ECF No. 25, is **GRANTED**;

5. Defendant Urban's Motion to Dismiss, ECF No. 31, is **GRANTED**;

6. The South Carolina Defendants' Motion to Dismiss, ECF No. 57, is **GRANTED**;

7. Defendant Atlantic Law Group's Motion to Dismiss, ECF No. 66, is **GRANTED**;

8. Plaintiffs' Motion for Summary Judgment, ECF No. 39, is **DENIED**;

9. Plaintiffs' Motion for Clerk's Entry of Default as to Defendant Atlantic Law Group, ECF No. 48, is **DENIED**;

10. Plaintiffs' Motions for Sanctions Against All Defendants, ECF Nos. 53, 70 and 74, are **DENIED**;

11. Plaintiffs' Motion for Leave to File a Second Amended Complaint, ECF No. 60, is **DENIED**;

12. Plaintiffs' Motion for Clerk's Entry of Default as to unspecified Defendants, ECF No. 65, is **DENIED**;

13. Plaintiffs' Motion for Clerk's Entry of Default as to Bank of America, Nationstar, Nadel, Atlantic Law Group, the South Carolina Defendants and the Attorney General of Maryland, ECF No. 71, is **DENIED**;

14. Defendant Nadel's Motions to Stay the Case and for Extensions of Filing Deadlines, ECF Nos. 45 & 46, are **DENIED** as moot;

15. The South Carolina Defendants' Motion for Extension of Time to File Answer, ECF No. 52, is **DENIED** as moot;

16. This action is **DISMISSED** with prejudice;

17. The Clerk shall **CLOSE** this case; and

18. The Clerk **SHALL MAIL** a copy of this Order and the foregoing Memorandum Opinion to Plaintiffs.

Dated: March 31, 2017

GEORGE J. HAZEL
United States District Judge