IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BARBARA A. GIBBS, *et al.*,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

Case No.: GJH-16-2855

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Plaintiffs' Motion for Reconsideration, ECF No. 77, and Motion to Reopen Case and Remand to State Court, ECF No. 80, are **GRANTED**;

2. The Court's March 31, 2017, Memorandum Opinion, ECF No. 75, is **VACATED**; and,

3. The Clerk shall re-open the case for the purpose of remanding to the Circuit Court for Montgomery County, Maryland.

Dated: November 13, 2017

GEORGE J. HAZEL
United States District Judge