

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

November 14, 2017

Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD  20850

**RECEIVED**

NOV 2 0 2017

Clerk of the Circuit Court
Montgomery County, Md.

RE: Gibbs et al v. Bank of America, N.A. et al
Civil Action No. 8:16-cv-02855-GJH
405624-V

Dear Clerk:

On November 13, 2017, the Honorable George J. Hazel signed an order remanding the above-entitled case to your Court. Enclosed is a copy of the order, together with a copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By: _____/s/_____
J. Fletcher, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF NOVEMBER 2017.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov